UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YATAV JACKSON,

    Plaintiff,

v.

ABILITY RECOVERY SERVICES, LLC,

    Defendant.
_____/

Case No. 13-13840

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [8]

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [8]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's complaint against Defendant is DISMISSED WITH PREJUDICE for failure to prosecute.

SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: February 25, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2014, by electronic and/or ordinary mail.

                        s/Johnetta M. Curry-Williams
                        Case Manager
                        Acting in the Absence of Carol Hemeyer

---

[1] No timely objections were filed.